**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000591
03-JAN-2013
09:17 AM**

NO. CAAP-12-0000591

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MEGGAN MARIE AYAD, aka Meggan Marie Pharmer,
Plaintiff-Appellee,
v.
AMR ELSAYED AYAD, Defendant-Appellee
v.
TODD PHARMER and STEPHANIE PAHRMER, Intervenors-Appellants


APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D No. 08-1-0154)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 21, 2012, Intervenors-Appellants Todd Pharmer and Stephanie Pharmer (Appellants) filed a notice of appeal; (2) on August 20, 2012, the record on appeal was filed and the appellate clerk informed Appellants that the opening brief was due on October 1, 2012; (3) at the request of Appellants the time to

file the opening brief was extended to October 31, 2012, (4) on November 23, 2012, Appellants were informed that the time to file the opening brief expired on October 31, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (5) no opening brief was filed and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, January 3, 2013.

Presiding Judge

Associate Judge

Associate Judge